UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Case Number: 15-22094-CIV-MORENO

ARMANDO PENA VALDEZ,

    Movant,

vs.

UNITED STATES of AMERICA,

    Respondent.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DISMISSING PETITION FOR HABEAS RELIEF

THIS MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge, for a Report and Recommendation on Mr. Armando Pena Valdez's Motion to Vacate pursuant to 28 U.S.C. § 2255, filed on June 1, 2015 and amended on June 30, 2015. The Magistrate Judge filed a Report and Recommendation on July 6, 2015. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues, and notes that Mr. Valdez did not object to the Report and Recommendation. Being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation is **AFFIRMED** and **ADOPTED**. Mr. Valdez's motion is barred by § 2255's one year statute of limitations, and Mr. Valdez has not shown that any exception to the statute of limitations applies. It is therefore

**ADJUDGED** that Mr. Valez's motion for § 2255 relief is denied as untimely. Accordingly, the Court will not issue a certificate of appealability.

DONE AND ORDERED in Chambers at Miami, Florida, this 24th day of August, 2015.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Patrick A. White

Counsel of Record

Armando Pena Valdez, *pro se*
057138838
Buffalo Federal Detention Facility
Reg. No. 98328-004
4250 Federal Drive
Batavia, NY 14020